**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11 | SIMON PESCH,                                No. C-13-5317 DMR

12 |            Plaintiff(s),              **ORDER RE PROPOSED PROTECTIVE ORDER**

13 |       v.

14 | INDEPENDENT   BREWERS   UNITED CORPORATION, ET AL,

15
16 |            Defendant(s).
   | _____/

17
18   Before the court is the parties' stipulated proposed Protective Order.  [Docket No. 15.]  The

19 parties are ordered to revise the proposed Protective Order to comply with the procedures in this

20 court's Standing Order re Discovery, including modifying Section 6 to track the procedures in the

Standing Order, by no later than **February 21, 2014**.

21
22
23   IT IS SO ORDERED.

24
Dated:  February 13, 2014

25
26 _____
   DONNA M. RYU
27 United States Magistrate Judge

28