TERRY A. WILLS, ESQ. (SBN 133962)
BRIAN D. BERTOSSA, ESQ. (SBN 138388)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendants INDEPENDENT BREWERS UNITED CORPORATION and NORTH AMERICAN BREWERIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON PESCH,<br><br>        Plaintiff,<br><br>    v.<br><br>INDEPENDENT BREWERS UNITED CORPORATION, NORTH AMERICAN BREWERIES, INC., and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 4:13-cv-05317 DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE ADR REFERRAL**<br><br><br>Action Filed: October 11, 2013 |

This Stipulation and [Proposed] Order is entered into between Plaintiff SIMON PESCH and Defendant INDEPENDENT BREWERS UNITED CORPORATION, NORTH AMERICAN BREWERIES, INC. (collectively, the "Parties"), by and through their counsel of record, as follows:

**STIPULATION**

WHEREAS, on February 12, 2014 the Parties jointly agreed to Court sponsored mediation. On February 25, 2014, the ADR Case Administrator appointed Steven Rosenberg as the Mediator and set the mediation session for April 17, 2014. The Parties have met and conferred and subsequently agreed to private ADR process. The Parties have selected J.A.M.S. neutral Michael J. Leob, Esq. to mediate the matter. Private

mediation is scheduled to take place on Saturday, April 19, 2014.

WHEREAS, the Parties request that the court vacate its referral to court process mediation before Mediator Steven Rosenberg.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 4, 2014             LAW OFFICE OF RICHARD VAZNAUGH
                                 RICHARD J. VAZNAUGH


                                 By:   /s/ Richard J. Vaznaugh
                                      Attorneys for Plaintiff
                                      SIMON PESCH


DATED: April 4, 2014             COOK BROWN, LLP
                                 TERRY A. WILLS, ESQ.
                                 BRIAN D. BERTOSSA, ESQ.


                                 By:   /s/ Brian D. Bertossa
                                      Attorneys for Defendants
                                      INDEPENDENT BREWERS UNITED
                                      CORPORATION AND NORTH AMERICAN
                                      BREWERIES, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___April 8, 2014_____
                                 UNITED STATES DISTRICT COURT
                                 MAGISTRATE JUDGE DONNA M. RYU