```
 1  Mark S. Ross (Cal. Bar No. 64812)
    Dylan B. Carp (Cal. Bar No. 196846)
 2  Scott P. Jang (Cal. Bar No. 260191)
    JACKSON LEWIS P.C.
 3  50 California Street, 9th Floor
    San Francisco, CA  94111
 4  Telephone    (415) 394-9400
    Facsimile:   (415) 394-9401
 5  Email: carpd@jacksonlewis.com

 6  Attorneys for Defendants
    INDEPENDENT BREWERS UNITED
 7  CORPORATION and NORTH AMERICAN
    BREWERIES, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON PESCH,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT BREWERS UNITED CORPORATION, NORTH AMERICAN BREWERIES, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 4:13-cv-05317-DMR<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER**<br><br>Complaint Filed:  October 11, 2013<br>Trial Date:            March 16, 2015 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendants Independent Brewers United Corporation and North American Breweries, Inc. substitute Mark S. Ross, Dylan B. Carp and Scott P. Jang of Jackson Lewis P.C. as attorneys of record in this matter.

**WITHDRAWING ATTORNEY(S)**

Terry A. Wills (Cal. Bar No. 133962)
COOK BROWN, LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814
Telephone:   (916) 442-3100
Facsimile:    (916) 442-4227
Email:          twills@cookbrown.com

SUPERSEDING ATTORNEY(S)

Mark S. Ross (Cal. Bar No. 64812)
Dylan B. Carp (Cal. Bar No. 196846)
Scott P. Jang (Cal. Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone:   (415) 394-9400
Facsimile:    (415) 394-9401
Email:         carpd@jacksonlewis.com

SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: June 9, 2014

JACKSON LEWIS P.C.

By: _____
Mark S. Ross
Dylan B. Carp
Scott P. Jang
Incoming Attorneys for Defendants
INDEPENDENT BREWERS UNITED
CORPORATION and NORTH AMERICAN
BREWERIES, INC.

Dated: June 10, 2014

COOK BROWN, LLP

By: _____
Terry A. Wills
Outgoing Attorneys for Defendants
INDEPENDENT BREWERS UNITED
CORPORATION and NORTH AMERICAN
BREWERIES, INC.

Dated: June 9, 2014

By: _____
Harvey Beldner
DESIGNATED REPRESENTATIVE
On behalf of Defendants
INDEPENDENT BREWERS
UNITED CORPORATION and
NORTH AMERICAN
BREWERIES, INC.

IT IS SO ORDERED.

Dated: June 12, 2014

ORDER

By: _____
Donna M. Ryu
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
*United States District Court, Northern District of California*

4852-7754-6779, v. 1