RICHARD J. VAZNAUGH (SBN 173249)
LAW OFFICE OF RICHARD J. VAZNAUGH
1388 Sutter Street, Ste. 1000
San Francisco, CA 94109
Phone: (415) 593-0076
Fax: (415) 673-5606
Email: Richvaz@cajoblaw.com

Attorney for PLAINTIFF SIMON PESCH

MARK S. ROSS (SBN 64812)
DYLAN B. CARP (SBN 196846)
SCOTT P. JANG (SBN 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
T. 415.394.9400 | F. 415.394.9401
Email: CarpD@jacksonlewis.com

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON PESCH,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>INDEPENDENT BREWERS UNITED CORPORATION, NORTH AMERICAN BREWIERES, INC., and DOES 1 to 25, inclusive<br><br>　　　　　　　Defendant. | Case No.: C 13-05317 DMR<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE CERTAIN OF PLAINTIFF'S CLAIMS AND TO AMEND FIRST AMENDED COMPLAINT ACCORDINGLY;** [PROPOSED] **ORDER**<br><br>[FRCP 41(a)(2) and 15(a]<br><br>1st Amended Complaint Filed: October 11, 2013<br>Alameda Case No.: RG13686413<br>Trial Date: March 16, 2015 |

　　　　Plaintiff Simon Pesch ("Plaintiff") and Defendants Independent Brewers United Corporation and North American Breweries ("Defendants"), by and through their respective counsel of record, hereby stipulate that the following claims in Plaintiff's First Amended Complaint will be dismissed without prejudice and that, by force of this stipulation and Order, Mr. Pesch's First Amended Complaint will be amended as follows:

1. Plaintiff's Sixth Cause of Action for breach of contract is dismissed without prejudice;
2. Plaintiff's Seventh Cause of Action for breach of the covenant of good faith and fair dealing is dismissed without prejudice;
3. Plaintiff's Eighth Cause of Action for tortious termination of contract in violation of public policy is dismissed without prejudice; and
4. The words "as well as past lost wages/benefits, future lost wages/benefits and emotional distress" are deleted from paragraph 1 of Plaintiff's prayer on page 13 of his First Amended Complaint; and

Therefore, Plaintiff's First Amended Complaint, filed in Alameda County Superior Court on October 11, 2013 and removed to this court by Defendants on November 15, 2013 shall be deemed so amended by this Order.

Because this amendment limits existing claims but does not add any new claims, Defendants' currently operative Answer, filed in Alameda County Superior Court on November 14, 2013, shall continue to be its currently operative Answer with the exceptions of the Third, Fifth, Nineteenth, and Twenty-Second Affirmative Defenses, which are hereby voluntarily dismissed without prejudice.

IT IS SO STIPULATED.

DATED: June 24, 2014

JACKSON LEWIS P.C.

By: _____
DYLAN B. CARP
Attorneys for Defendants

DATED: June 23, 2014

LAW OFFICES OF RICHARD J. VAZNAUGH

By: _____
RICHARD J. VAZNAUGH
Attorney for Plaintiff
SIMON PESCH

/
/
/

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 29, 2014

_____
HON. DONNA M. RYU
USDC Magistrate Judge

4851-5619-1003, v. 1