UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON PESCH, | No. C-13-05317 DMR |
| Plaintiff(s), | |
| v. | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| INDEPENDENT BREWERS UNITED CORPORATION AND NORTH AMERICAN BREWERIES INC, | |
| Defendant(s). | |

Pursuant to the court's order, Defendants have provided supplemental briefing. [Docket No. 57.] Plaintiff may respond. Plaintiff's response, if any, shall not exceed **3 pages** and must be filed by **February 3, 2015 at 5:00 p.m.**

IT IS SO ORDERED.

Dated: January 30, 2015

_____
DONNA M. RYU
United States Magistrate Judge