UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON PESCH,

        Plaintiff(s),

  v.

INDEPENDENT BREWERS UNITED CORPORATION AND NORTH AMERICAN BREWERIES INC,

        Defendant(s).

No. C-13-05317 DMR

**ORDER FOR SUPPLEMENTAL SUBMISSION**

By **February 9, 2015 at 12:00 p.m.**, Plaintiff shall file a supplemental submission of no more than **1 page** explaining the following: (1) whether and how Ryan Pappe and/or Mark House had been identified by Defendants prior to December 15, 2014 in disclosures or discovery as persons potentially having knowledge relevant to this case; and (2) if so, whether Plaintiff attempted to depose Pappe and/or House prior to December 15, 2014.

    IT IS SO ORDERED.

Dated: February 6, 2015

_____
DONNA M. RYU
United States Magistrate Judge