UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON PESCH,

        Plaintiff(s),

    v.

INDEPENDENT BREWERS UNITED CORPORATION AND NORTH AMERICAN BREWERIES INC,

        Defendant(s).

No. C-13-05317 DMR

**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION FOR EXTENSION [DOCKET NO. 65]**

The parties have made a stipulated request to extend the deadline to lodge chambers' copies of each party's trial exhibits from February 13, 2015 to February 18, 2015. The request is based on Defendants' representation that it intends to lodge "tens of thousands of pages of exhibits" and therefore needs additional time to deliver complete sets to chambers.

The parties' requested extension is granted. However, the court makes the following suggestion. Based on the court's knowledge of the case, the court surmises that these exhibits may be brewing logs, time records, or other voluminous business records. The court is concerned that the presentation of tens of thousands of pages of exhibits to a jury will be time-consuming, confusing, and inefficient. For this reason, the court suggests that the parties meet and confer to determine whether any of these records could be better presented in a summary form. *See* Fed. R. Evid. 1006.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
DONNA M. RYU
United States Magistrate Judge