**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10
11   SIMON PESCH,                            No. C-13-05317 DMR
12              Plaintiff(s),               **ORDER RE DEFENDANTS' TRIAL
                                            EXHIBIT BINDERS**
13        v.
14   INDEPENDENT    BREWERS    UNITED
     CORPORATION AND NORTH AMERICAN
15   BREWERIES INC,
16              Defendant(s).
17   _____/
18        In connection with their pretrial submissions, Defendants submitted 14 boxes containing 70
19   binders of their trial exhibits.  However, they did not submit a master list indicating where specific
20   exhibits are located in the binders (i.e., which binder number contains, e.g., Exhibit BB).  By no later
21   than **12:00 p.m. on March 2, 2015,** Defendants shall submit a master list specifying the location of
22   all of their exhibits in the binders.
23
24        IT IS SO ORDERED.
25
26   Dated:  February 27, 2015
27
28



DONNA M. RYU
United States Magistrate Judge