UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON PESCH, | No. C-13-05317 DMR |
| Plaintiff(s), | |
| v. | **ORDER** |
| INDEPENDENT BREWERS UNITED CORPORATION AND NORTH AMERICAN BREWERIES INC, | |
| Defendant(s). | |

Each party should come to the March 3, 2015 pretrial conference prepared to discuss whether the administrative exemption may be argued in this case, and should bring any disclosures or discovery responses supporting the party's position.

IT IS SO ORDERED.

Dated: February 28, 2015

DONNA M. RYU
United States Magistrate Judge