UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON PESCH,

        Plaintiff(s),

v.

INDEPENDENT BREWERS UNITED CORPORATION AND NORTH AMERICAN BREWERIES INC,

        Defendant(s).

No. C-13-05317 DMR

**ORDER**

Plaintiff has filed amended proposed jury instructions that provide "some substantive corrections to Plaintiff's proposed instructions." [Docket No. 130.] Plaintiff identified only one instruction (Special Instruction 3) to which it made changes. By **March 2, 2015 at 9 a.m.,** Plaintiff shall confirm that Special Instruction 3 is the only proposed instruction to which it made changes; if this is not the case, then Plaintiff shall identify each change in each proposed instruction.

IT IS SO ORDERED.

Dated: March 2, 2015

_____
DONNA M. RYU
United States Magistrate Judge